IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JACQUELYN PEDIGO, on Behalf of Herself and Others Similarly Situated<br>    Plaintiff | §<br>§<br>§<br>§ | |
| V. | §<br>§ | CAUSE NO.  A-08-CA-803-LY |
| AUSTIN RUMBA, INC. d/b/a<br>ALLIGATOR GRILL<br>    Defendant | §<br>§<br>§<br>§ | |

## ORDER

It appears to the Court that the above-styled and numbered cause should be transferred from this Court's docket to the docket of the Honorable James R. Nowlin, Senior United States District Judge. Both judges have consented to the transfer.

**IT IS ORDERED** that the above-entitled and numbered cause is **TRANSFERRED** to the Austin Docket of the Honorable James R. Nowlin, Senior United States District Judge, for all purposes. Pursuant to the Order Assigning the Business of the Court effective November 7, 2008, the Clerk shall credit this case to the percentage of business of the receiving Judge.

SIGNED this 6th day of November, 2008.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

FILED
2008 NOV -6 PM 1:39
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY