3003 S.Lamar Blvd., Ste. 303
Austin TX 78704
(512) 444-6117
Fax (512) 416-1243



# TEAM MEMBER MANUAL

| | | |
|---|---|---|
| Hours of operation: | Sunday-Wednesday | 11:00 $^{AM}$ to 10:00 $^{PM}$ |
| | Thursday-Saturday | 11:00 $^{AM}$ to 12:00 $^{AM}$<br>Kitchen closes at 11 |
| Happy Hour: | EVERYDAY! | 3:00 $^{PM}$ to 7:00 $^{PM}$ |



EXHIBIT 6

# TEAM MEMBER HIRING PROFILE

Desired Professional Qualifications

- Minimum of one year high volume experience
- Presents quality references
- T.A.B.C. certified
- Able to work a flexible schedule
- Communicative
- Thorough knowledge of brands, drinks, & recipes
- Shows mathematical aptitude

Desired Traits

- Over 18 years of age (17 for hosts, 21 for bartenders)
- Well groomed and neat
- No disabilities or health problems that would interfere with job performance

Desired Personality Traits

- Honest
- Aggressive but courteous
- Adaptable to change
- Self-motivated
- Service and team oriented
- Dependable and responsible
- Alert and energetic
- Entertaining
- Eager to work
- Prepared to work
- Reliable transportation, working phone

# HIRING POLICY

The Grill will strive to maintain a staff of the highest quality.

The Grill does not discriminate against any applicant with regard to race, color, religion, gender, national origin, age, marital or veteran status, presence of non-job-related handicap, or other legally protected status.

Team members are hired in accordance with the aforementioned profile, position specific.

# JOB DESCRIPTION

Title: Team member

## Responsibilities and Tasks

- Servicing the guests is *priority number one*
- Working integrally with all staff (teamwork!)
- Suggestively selling all products available
- Actively tracking guest requests & reporting them to the M.O.D.
- Setting up & maintaining tables & section area
- Performing sidework throughout shift and completing by shift's end
- Maintaining & cleaning section area
- All staff is responsible for knowing posted changes in schedules, & or policies on the team member bulletin board
- *Servers* should bring a $20 bank

EQUIPMENT REQUIRED: 2 pens, current photo ID

## Uniform Requirements (Server)

- **No Cell Phones** (leave in car or at home)
- Comfortable, closed-toe, clean, rubber soled shoes with socks
- Alligator T-shirt and black/dark green apron
  *(Employees will purchase shirts at cost, servers by Day 3 of training)*
- Pants, skirts, or slacks (no frayed, cut-off's, unhemmed, or raggedy looking)
- Come into work looking presentable, and ready to work: *as though you're ready for an interview. Don't change clothes here.*
- Your appearance should be demure, *your service & the restaurant are the focal points*
- If you have facial jewelry it may not be extravagant (hoops, chains, multiples, etc.)
- Facial hair: you may have a goatee or beard but it must be groomed & may not be grown while working. If you don't already have one, you must be clean-shaven when you come to work. *Grow it on your days off.*
- If you have tattoos that may be exposed by short sleeves or women's tops, check with the manager prior to your shift. Guest focus is on your smile, service, & selling shirts.
- No hats, except College hats on game days
- When you're off: *it's mandatory to be out of uniform; you are required to abide by the dress code, & to stay out of all work areas (kitchen, bar, etc.)*

### Uniform Requirements Host Staff
- Same as above but no shorts or apron, and almost business casual- *remember, hosts are the first person guests see once in the door*

See Host Responsibilities at Host Stand

## EMPLOYEE PARKING

All employees must park in the parking spaces facing or closest to Lamar Blvd. All other spaces are for patrons only.

## COMPANY POLICIES

All policies are administered and defined at management's discretion. You are required to abide by the policies as described below. All duties contained within this manual are subject to change dependent upon The Grill's needs as stated by management. All team members will be responsible for changes in policy, duty, schedule changes as posted on the team member bulletin board. Hey we're all here to have fun and profit from it. The Grill strives to create a fun atmosphere; positive attitudes and a little hard work will achieve these goals.

## TRAINING POLICY

All staff will be trained before being scheduled on one's own shift. A qualified trainer in a hands-on situation will present this training.

Trainees will be paid minimum wage only while training. The instructor is not obligated to share tips.

All staff must successfully complete a T.A.B.C. Seller Training course and be T.A.B.C. certified before being scheduled for a shift.

## SCHEDULES

- <u>Don't be late!!!</u> It is your responsibility to know your schedule. Your shift begins at your scheduled time, not five minutes thereafter. Be five minutes early.
- <u>BE IN UNIFORM!</u> Know your section, specials, and side work by clock in time.
- ON CALLS and team member meetings are equal to an actual shift. Missing either of these is equal to missing a shift.
- Repeated tardiness will result in write-ups.

- <u>As with any offense</u>, two write-ups for tardiness will result in permanent schedule removal.
- You are scheduled in specific shifts in order to benefit you as well as The Grill.
- Schedule changes without management approval are not permitted (24 hr. min.)
- If you're sick, get your shift covered *the night before.*
- Sudden and, or extended illnesses require doctors' notes as well as returning from injuries or contagious ailments.
- If you need time off, put in a schedule request two weeks in advance.
- Expect to work the major 'party' holidays (St.Pat's, New Year's Eve, etc.). <u>No one</u> is off on Mardi Gras/Fat Tuesday.
- Schedule requests are due by 7:00$^{pm}$ on Wednesday.

## TIMECLOCK, PAYROLL, TIPS

- Team members must record the start and end of each shift by clocking in and out on the computer.
- If you do not clock in *and* out you may not be paid correctly.
- Team members may only clock themselves in or out.
- Pay periods begin on Monday & end Sunday.
- Paychecks are issued every two weeks.
- Tips are the property of the team members.
- ✳( • Tip out will be 4% of total net sales. )✳
- Tabs that move from the bar to a table (& vice versa) will share the tip proportional to the tab amount at the time of the move. When the tab moves, both team members involved should retain a copy of the tab at the time of the move.
- Management will become involved in the division of tips *only* in the event of a team member dispute.
- Tipped team members are required by law to claim 100% of their tips.

## TEAMWORK

- Teamwork is the key ingredient to the success of The Grill.

- Every employee is a member of the team.
- All team members are expected to treat each other with respect at all times.
- Teamwork extends to helping each other as needed; no matter if you do not share the same position/job title as the person that needs help.
- All team members are expected to maintain The Grill's overall cleanliness from wiping down surfaces, cleaning windows, to picking up trash, toppled furniture, and ensuring clean & stocked restrooms.
- Initiative is a major factor in team member evaluations.
- All team members that witness a guest incident must file an incident report, **no later than shift's end.**

# CONDUCT

The Grill will maintain high standards for quality and professionalism. In order to maintain these standards and to operate within the many regulations that our business is subject to, all team members are required to observe certain parameters of conduct.

- The Grill requires professional conduct from team members at all times, in all situations.
- The Grill also requires a professional attitude from all team members. For instance, if you are having trouble at home, leave it at home.
- We strive to maintain a fun atmosphere and that requires an enthusiastic staff.
- Team members are expected to maintain a professional business relationship with all co-workers at all times.
- The company will not attempt to regulate personal relationships unless they interfere with job performance or team harmony. In these cases the company will follow disciplinary procedures to correct the problem (verbal warning, written warning, suspension or termination).
- Team members will be held financially responsible for any damage that they intentionally cause to Grill property.

- Every team member is required to carry valid photo ID while in The Grill, whether they are on or off duty. Team members not carrying ID will be refused admittance and will not be allowed to work.
- Husbands, wives, girlfriends, boyfriends, or family members are allowed in The Grill so long as they do not interfere with team member job performance.
- Tips or suggestions about tipping will not be discussed in The Grill at any time.
- **SEXUAL HARASSMENT** is illegal, and will not be tolerated. If you feel you are being harassed while in the employ of The Grill, report it to your immediate supervisor. All complaints will be handled with utmost discretion. Violation of this sexual harassment policy is a terminable offense. Sexual harassment may include any of the following behaviors: sexual comments, sexual advances, touching, propositions, verbal abuse and offensive jokes, pictures, or cartoons. The Grill seeks to provide a positive and productive work environment for all its team members.

## DRINKING POLICIES

In order to maintain a party atmosphere in our restaurant, team members are allowed to drink with the following restrictions:

- No team member may become intoxicated at work off duty. This is state law. No team member may consume alcohol while on duty under any circumstance.
- **NO MINORS**, including those that accompany their parents and, or adult spouse, as well as minor team members, may possess or consume alcoholic beverages in The Grill. This policy stands under all circumstances.
- Team members may not give away or discount drinks at will. All comps, spills, and discounted drinks must be approved by a manager and be accompanied by a signed receipt.
- Team members are strictly forbidden from asking guests to buy drinks for them.
- If a team member is over 21 (s) he may purchase and consume alcoholic beverages after his/her shift and is <u>completely</u> out of uniform.
- Off duty employees who become intoxicated will be dealt with severely, as well as (s)he who serves them.

T.A.G. Confidential Information　　　　　　7　　　　　　Rev 0

D0602

# DISCIPLINARY POLICY

Only managers and the ownership are authorized to terminate or discipline a team member. To insure fairness to all team members, there will be an established disciplinary procedure, which will be adhered to. The procedure will be:

- ✓ VERBAL WARNING: This warning will be recorded and placed in the team member personnel file.
- ✓ WRITTEN WARNING: This warning will specify the problem and will also specify the action required to correct the problem.
- ✓ SUSPENSION OR TERMINATION: The Grill will not re-hire previously terminated team members, team members who quit without notice, or team members who fail to serve out their notice period. Terminated team members may not be allowed back into The Grill *without prior management approval and only after a minimum 6 months have elapsed.* <u>Those terminated for theft will be permanently banned.</u> Suspended team members must contact a manager before returning to work after suspension.

## CASES OF IMMEDIATE TERMINATION

There are some situations that require immediate termination due to the severity of the malfeasance. The company has strict policies on the following offenses:

**THEFT:** Theft is considered $1.^{00}$ or $100.^{00}$, giving away one drink or taking property or products owned by The Grill. Stealing from the company, a fellow team member, or from a guest is considered theft including but not limited to c.c. tip adjustments and double gratuities. Any theft will demand immediate termination; and may be prosecuted.

**DRUGS:** The Grill has a **ZERO TOLERANCE POLICY** on the knowledge of, use, possession, and, or sale of illegal drugs by team members and/or guests. Any evidence of illegal drug use or trafficking will warrant immediate termination and prosecution.

**INSUBORDINATION:** Any person who becomes physically or verbally abusive towards a manager or a team member will be discharged. This includes lying and lying by omission to management. We seek feedback from the staff, but discourage conflict. If you disagree with a decision, finish your shift and set up a meeting to discuss it with management. <u>Professionalism and cool heads must prevail.</u>

## SECURITY CONSIDERATIONS

There are certain rules we have established for security reasons, which all team members must be made aware and observe:

- No team member (incl. security) & no guest may carry a weapon within The Grill.
- The Grill will not be responsible for loss of personal property within The Grill.
- Team members may not hold, watch, or accept responsibility for the personal property of guests or other team members, such as purses, money or jewelry.
- Don't leave cash registers unattended.
- Don't allow guests to leave money or valuables unattended.
- All team members may be walked to their cars at the end of the night, or walk in pairs/groups.

## TABC

All team members will comply with the letter and intent of the law, and with all T.A.B.C. regulations. This means:

- Anyone serving alcohol must be TABC certified.
- No after hours drinking.
- No bottles, glasses or cans into or out of the building.
- No minors are allowed to drink at The Grill under any circumstance. If you suspect someone to be a minor, "ID" him/her and alert the manager. This includes guests with invalid ID's.
- It is the responsibility of **all** team members to avoid, prohibit, or discontinue service to any person that appears to be intoxicated. If a party of one or more appears to be intoxicated, immediately discontinue service to that person, get the manager on duty, and alert all other team members to prohibit further service to said party.
- Under no circumstances should an intoxicated person be allowed to drive, enter or re-enter the building.

- Team members may not request of any guests to purchase anything for them at any time.

## PREPARING FOR YOUR SHIFT

- Pens-bring at least 2 pens for each shift.
- Lighter-bring at least 1 lighter for each shift.
- Photo ID-carry a valid ID whenever you enter The Grill.

When you arrive at The Grill, you need to be ready to work. We have a very fast paced business, and if you start off behind, you will not catch up, your service will suffer, and ultimately, your income. This includes being in complete uniform for any shift that begins at or after our opening time. Clock in when you arrive for your shift, and be at your workstation when your shift begins.

## GENERAL RULES FOR TEAM MEMBERS

- Always be cheerful, attentive, and courteous to your guests. Always smile and thank the guest.
- Make it easy for guests to buy drinks. Keep yourself available & visible.
- Anticipate the guests' needs.
- We accept American Express, Discover, MasterCard, and Visa.
- We do not accept checks.
- Team members may not discount or comp drinks without approval from the M.O.D.
- Spills and mistakes will be immediately returned to the M.O.D. The Manager will record the mistake and have the drinks re-made. All spills should be reported to the M.O.D.
- We do not serve alcohol to minors or intoxicated persons under any circumstances. Screen your guests carefully before you serve them. Check ID's from any one appearing under 30. If you think a guest is intoxicated alert the M.O.D. and then the rest of the staff. If you have any doubt about a guest's ID, don't serve them. It could cost you & The Grill!

- Smoking on Duty – smoke breaks are administered by the M.O.D. You may smoke only in the designated smoking area. In accordance with health codes, all team members must wash their hands after smoking, as well as returning from the restroom. Only one team member may smoke at a given time.

- <u>Team members may not drink while on duty</u>. In accordance with state law, underage team members are not allowed to drink <u>under any circumstances</u>. Underage drinking is a terminable offense. Any form of intoxication while "on the clock" **is not permissible** and is terminable.

- No team member is allowed to ask guests to buy drinks for him/her. Such solicitation is illegal.

- Clientele Problems - get the manager at the onset of a guest problem. This will save time and will keep you from compromising your guest relationship.

- Professionalism - We expect professional conduct from team members at <u>all</u> times.

## OPENING/RUNNING DUTIES

All team members are responsible for doing all their own prep work before opening. This includes:
- Locate the section you are scheduled to work
- Make sure it is arranged and cleaned prior to serving in it
- Check with the M.O.D. for any opening, running, & end of shift duties
- Servers will be checked out by end of shift by lunch volumes.

## CLOSING DUTIES

- Last call on nights The Grill is open til 2:00$^{AM}$ is 1:45$^{AM}$ and no drinks will be sold or replaced after 2:00$^{AM}$.
- All glassware & bottles must be collected from all guests no later than 2:10$^{AM}$
- <u>All guests & off-duty staff members must exit no later than 2:15 $^{AM}$</u>
- All trash should be thrown away during & no later than shift's end.
- All glassware is returned to the bar & or kitchen racks & all bottles are to be discarded.
- All sections should be swept (and mopped as needed.)

T.A.G. Confidential Information                 11                                 Rev 0

D0606

- All dirty towels should be put up at shift's end.
- After all closing duties have been completed, checkouts may be prepared and tips counted.
- Managers will check out all employees at the end of the night.

## EMPLOYEE PRICES

Employees get 50% off their meals anytime. This does not include kid meals or Happy Hour menu items or "To Go" food. When you come in with family members, you will get discounts in the following increments:
- You + one – 50%
- You + two – 33%
- You + three – 25%
- Any group larger will get you 25% off for four people. All others will be full priced.



Shirts are currently $7.50 for employees. Otherwise they are regularly $16+tax. Aprons are also $7.50.

# The Alligator Grill Employee Policies

I understand I will be under a 90-day probationary period beginning the date I am hired. I further understand that under this arrangement, I may be terminated for any reason at any time. As a server, or bartender I also understand to keep current TABC certification on file.

_____        _____
Employee Signature                                                    Date

I understand The Alligator Grill does not automatically authorize overtime. It is my responsibility to notify a manager and receive authorization if I will be working overtime. Unauthorized overtime will not be compensated.

_____        _____
Employee Signature                                                    Date

I understand that I will report all daily tips, both cash and credit card to management. Failure to accurately report tips will be grounds of termination as the furnishing of false information is both unfair to the employer and the IRS.

_____        _____
Employee Signature                                                    Date

I understand it is my responsibility to clock-in and clock-out. If I fail to do so, I will not be compensated for those hours not documented.

_____        _____
Employee Signature                                                    Date

I understand that as an employee of The Alligator Grill, if I am a witness, or am the victim of an accident on or near the premises of 3003 S. Lamar, I must notify a manager immediately (within 5 minutes of the accident;). With this notification, I must include details of the accident, names of the people involved in the accident, the place where the accident occurred, and any other necessary details that management deems necessary.

_____        _____
Employee Signature                                                    Date

I understand that The Alligator Grill's policy on being late is as follows: if I am late for **any** reason 2 times in one month, the result will be my termination.

_____        _____
Employee Signature                                                    Date

I understand by law The Alligator Grill has the right to search any purse, backpack, or car that is brought in or on this licensed premises.

_____     _____
Employee Signature                       Date

By signing below, I understand that The Alligator Grill does not provide workers' compensation insurance.

_____     _____
Employee Signature                       Date

By signing below, I state that I have received The Alligator Grill Team Member Manual. Concurrently, I state that with reception of said manual, I will be accountable for all duties, guidelines, and policies contained within. I will also be responsible for all future addendums.

Printed Name_____

_____     _____
Employee Signature                       Date

T.A.G. Confidential Information        14        Rev 0

D0609

Name_____

Employee #_____

Address_____

_____

_____

Phone_____

Availability:

| MON | TUES | WED | THUR | FRI | SAT | SUN |
|-----|------|-----|------|-----|-----|-----|
|     |      |     |      |     |     |     |
|     |      |     |      |     |     |     |

This document certifies that I have received the proper training from The Alligator Grill on the handling of food, proper handwashing methods including when to wash hands and where, proper fingernail maintenance, prohibition of jewelry, and good hygienic practices. I have also been informed of our employee health policies from illness, exclusions and restrictions.

I understand that everytime I touch food or my face or hair, I must wash my hands for 20 seconds with hot water and soap. I am to do this at any of our provided handsinks. I also have been advised that I am to dry my hands with a paper towel and then dispose of it. I also know that my fingernails must be cut short and I am not to have nail extensions or fingernail paint or lacquer. I also have been advised that I must take my rings off while at work as food may be stuck under the ring and contaminate everything I touch. When I use the restroom, I am to follow the handwashing rules everytime. The Alligator Grill does not want me to work when I am contagious and I must get a doctor's note stating I am no longer contagious before returning to work.

I also have been trained that when I touch ready to eat foods, I must follow 2 or more of the following control measures:
1. Double handwashing (wash hands, then dry, then use sanitizer)
2. Nail brushes
3. A hand sanitizer after washing
4. Incentive programs that assist or encourage food employees not to work when they are ill

I understand that we are advised to double wash our hands and then use sanitizer if a nail brush is not nearby.

Should I not follow these rules, The Alligator Grill will write me up and/or send me home. Repeated lack of food handling steps will result in my termination.

Signed (employee): _____
Printed (employee): _____
Date: _____

Manager on Duty signature: _____
Manager on Duty print: _____