IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2010 OCT -7 AM 8:25
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| JACQUELYN PEDIGO, on Behalf of Herself and Others Similarly Situated § § §<br>Plaintiff § §<br>v. § §<br>AUSTIN RUMBA, INC. d/b/a § §<br>ALLIGATOR GRILL § §<br>Defendant § | CAUSE NO. A-08-CA-803-JRN |

## FINAL JUDGMENT

Before the Court is the above entitled cause of action. On this same date, this Court signed an order dismissing this case with prejudice. Accordingly, the Court enters the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED.**

Signed and entered this 6th day of October 2010

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE